# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| AMNA SALAHUDDIN, | : No. 921 MAL 2014 |
| Petitioner | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Commonwealth Court |
| v. | : |
| | : |
| ZONING HEARING BOARD OF WEST CHESTER AND BOROUGH OF WEST CHESTER, | : |
| | : |
| Respondents | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 14th day of April, 2015, the Petition for Allowance of Appeal is **DENIED**.